# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Parrish, Jill N. | U.S. District Court, District of Utah | 08/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

United States District Court, District of Utah
351 S. West Temple Street, Chambers 10.220
Salt Lake City, Utah 84101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parrish, Jill N. | 08/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Professional Corporation (Self-employed Attorney) |
| 2. | 2020 | SBP Investments II, LLC (Income from actively managing franchise business) |
| 3. | 10/12/2020 | ▮▮▮▮ (Scenic Development) Assets transferred pursuant to Settlement Agreement releasing claims for unpaid compensation for legal work |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parrish, Jill N. | 08/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | AltaBank (formerly known as Bank of American Fork) | Mortgages on Rental Properties owned by SBP Investments LLC (Part VII, Lines 4 and 5) | L |
| 2. | MDSK Forbush Investment Trust | Mortgage on raw land owned by SBP Forbush, LLC (Part VII, Line 41) | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parrish, Jill N. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Interest in Rock Springs Apartment Investors, LLC (Rock Springs, WY) | E | Rent | O | W | | | | | |
| 2. | Interest in Mill Pond Partners, LLC Cell Tower (Lehi, UT) | D | Rent | L | W | | | | | |
| 3. | Interest in Casper Apartment Partners, LLC (Casper, WY) | F | Rent | O | W | | | | | |
| 4. | Rental Townhouse, SBP Invest. LLC (Garden City, UT) | E | Rent | N | W | | | | | |
| 5. | Rental Townhouse, SBP Invest. LLC (Woods Cross, UT) | E | Rent | N | W | | | | | |
| 6. | SBP Investments II, LLC (Bakery Franchise, Riverdale, UT) | G | Distribution | P1 | W | | | | | |
| 7. | Altabank Checking Account (SBP Investments LLC) | | None | L | T | | | | | |
| 8. | American Beacon Small Cap Value Fund | | None | | | Sold | 03/20/20 | K | | |
| 9. | American Funds Washington Mutual R6 | A | Dividend | | | Sold | 03/20/20 | L | | |
| 10. | Chase Bank Cash Accounts | A | Interest | M | T | | | | | |
| 11. | Dodge & Cox Stock | | None | | | Sold | 03/20/20 | K | | |
| 12. | Harbor Capital Appreciation Fund | D | Dividend | L | T | | | | | |
| 13. | Invesco Stable Value Fund | A | Interest | M | T | Buy (add'l) | 03/20/20 | M | | |
| 14. | | | None | | | Sold (part) | 04/13/20 | L | A | |
| 15. | Janus Henderson Triton N Fund | | None | | | Sold | 03/20/20 | K | | |
| 16. | JP Morgan Core Bond R6 | B | Dividend | K | T | | | | | |
| 17. | JP Morgan Large Cap Growth R6 Fund | | None | | | Sold | 03/20/20 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | D | Dividend | M | T | Buy | 04/13/20 | L | | |
| 19. Lincoln Financial Group Fixed Annuity | A | Interest | J | T | | | | | |
| 20. MainStay Large Cap Growth I Fund | | None | | | Sold | 03/20/20 | K | E | |
| 21. MFS Value Fund | A | Dividend | K | T | | | | | |
| 22. Nationwide Flexible Premium Variable Life Policy (Money Market Fund) | A | Interest | K | T | | | | | |
| 23. Oppenheimer Developing Markets Y Fund (Invesco) | | None | | | Sold | 03/20/20 | J | | |
| 24. PGIM Total Return Bond R6 | B | Interest | L | T | | | | | |
| 25. PIREX - Principal Real Estate Securities Inst | A | Dividend | | | Sold | 03/20/20 | K | | |
| 26. Utah Retirement System Target 2025 Fund | | None | L | T | Sold (part) | 03/19/20 | M | E | |
| 27. Vanguard Institutional Index Fund | A | Dividend | K | T | | | | | |
| 28. Wasatch Funds Small Cap Growth Mutual Fund | A | Distribution | J | T | Buy (add'l) | 01/13/20 | J | | |
| 29. Zions Bank Cash Accounts | A | Interest | J | T | | | | | |
| 30. Vanguard Target Retirement 2015 Inv | D | Dividend | M | T | Buy | 03/20/20 | M | | |
| 31. Utah Retirement System Income Fund | | None | L | T | Buy | 03/19/20 | L | | |
| 32. Utah Retirement System Bond Fund | | None | L | T | Buy | 03/19/20 | L | | |
| 33. Utah Retirement System Target Retired Fund | | None | M | T | Buy | 03/19/20 | L | | |
| 34. Wasatch Funds Micro Cap Fund | A | Distribution | J | T | Buy | 01/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Wasatch Funds Core Growth Fund | A | Distribution | J | T | Buy | 01/13/20 | J | | |
| 36. Discover Savings Bank Cash Account | A | Interest | K | T | Open | 05/04/20 | K | | |
| 37. American Express Bank Cash Account | A | Interest | J | T | Open | 05/11/20 | L | | |
| 38. Capital One Bank 360 Performance Savings Cash Account | A | Interest | L | T | Open | 04/27/20 | K | | |
| 39. Interest in Rental Building held in SBP Rockwell, LLC (Herriman, UT) | F | Rent | O | W | Buy | 10/12/20 | O | | Kim Rindlisbacher |
| 40. Development Payback Agreements w/ Spanish Fork City (Spanish Fork, UT) | E | Distribution | K | W | Buy | 10/12/20 | L | | Kim Rindlisbacher |
| 41. Interest in raw land held in SBP Forbush, LLC (Spanish Fork, UT) | | None | N | W | Buy | 11/19/20 | M | | MDSK Forbush Inv. Trust |
| 42. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parrish, Jill N.** | 08/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts III-B (Spouse's Non-Investment Income) and VII (Investments and Trusts):

Part VII, Line 6 and Part III-B, Line 2: My spouse created SBP Investments II, LLC, a limited liability company, for the purpose of opening and operating a bakery franchise. My spouse is the sole member and manager of the LLC. My spouse actively manages the franchise and drew a salary, which is reflected on line 2 of Part III.B. He received distributions in addition to his salary, which are reflected on line 6 of Part VII.

Part III-B, Line 3 and Part VII, Lines 39 and 40: My spouse acquired the assets listed on Part VII, lines 39 and 40, through a Settlement Agreement with a former client, [          ], dba Scenic Development and its affiliated entities. Consideration provided to [          ] for these assets, as reflected in columns D(3), included a cash payment from my spouse and a release of claims for previously earned but unpaid compensation for legal services my spouse had provided. Because the consideration provided by my spouse for the settlement with [          ] included a release of claims for unpaid compensation, it also has been listed on line 3 of Part III.B.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jill N. Parrish**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544